UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 18-2374-AOR

UNITED STATES OF AMERICA

vs.

AYESH GUNAWARDANA ASSEDDUME GEDARA,

      **Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  \_\_x\_\_ No

                                          Respectfully submitted,

                                          BENJAMIN G. GREENBERG
                                          UNITED STATES ATTORNEY

BY: _____
                                          SHANNON K. SHAW
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Florida Bar No. 92806
                                          99 N. E. 4th Street
                                          Miami, Florida 33132-2111
                                          TEL (305) 961-9374
                                          FAX (305) 530-7976
                                          Shannon.Shaw@usdoj.gov

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

v.

AYESH GUNAWARDANA ASSEDDUME GEDARA,

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 11, 2018, at the Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, AYESH GUNAWARDANA ASSEDDUME GEDARA, did in a matter within the jurisdiction of the executive branch of the United States, knowingly and willfully make a false statement as to a material fact to an Officer of U.S. Customs and Border Protection, in violation of Title 18, United States Code, Section 1001(a)(2).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP",) and that this complaint is based on the following facts:

On or about March 11, 2018, the defendant, AYESH GUNAWARDANA ASSEDDUME GEDARA, arrived at Miami International Airport aboard British Airways Flight #207 from London, United Kingdom. The defendant presented a Sri Lankan passport, C1/D (transit/crew member) visa, and an employment letter from Norwegian Cruise Line to CBP for an examination and entry into the United States. The employment letter purported to guarantee the defendant employment aboard a Norwegian Cruise Line cruise ship. The defendant was referred to secondary inspection for admissibility verification. During the secondary examination, however, CBP Officers discovered that the employment letter presented by the defendant was not genuine. CBP Officers contacted Norwegian Cruise Line for employment verification for the defendant. Norwegian Cruise Line indicated that the defendant was not employed by the cruise line, and that the Human Resources person listed on the defendant's employment letter issued on January 12, 2018, had not been an employee of Norwegian Cruise Line for nearly three years. The defendant admitted to CBP Officers that he presented a fraudulent employment letter and that he paid an individual approximately $5,000 USD for the letter. In addition, the defendant admitted that he had no intentions on joining a cruise ship and that he was entered the United States to work in welding or something else.

_____
ROLANDO GONZALEZ, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Sworn to before me, and subscribed in my presence,

MARCH 13, 2018                               at        Miami, Florida
Date                                                    City and State

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE                          _____
Name and Title of Judicial Officer                      Signature of Judicial Officer